COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

NO.
2-07-255-CR

 

PHILLIP A. WINTERS                                                            APPELLANT

 

                                                   V.

THE STATE OF TEXAS                                                                STATE

                                               ----------

       FROM COUNTY CRIMINAL COURT
NO. 10 OF TARRANT COUNTY

                                               ----------

                  MEMORANDUM OPINION[1]
AND JUDGMENT

----------

We have considered the AAppellant=s Withdrawal
Of Notice Of Appeal.@  The motion complies with rule 42.2(a) of the
rules of appellate procedure.  Tex. R. App. P. 42.2(a).  No
decision of this court having been delivered before we received this motion, we
grant the motion and dismiss the appeal.  See id.; Tex.
R. App. P. 43.2(f).                                                                                                                        PER
CURIAM

PANEL D:   WALKER, J.; CAYCE,
C.J.; and MCCOY, J.

DO NOT PUBLISH

Tex. R. App. P. 47.2(b)








DELIVERED: August 23, 2007                                               











[1]See Tex. R. App. P. 47.4.